| | |
|---|---|
| Sheehan & Associates, P.C. | 505 Northern Blvd Ste 311, Great Neck NY 11021-5101 |
| spencer@spencersheehan.com | tel. 516.303.0552     fax 516.234.7800 |

May 15, 2020

Senior District Judge I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                                                  Re:   1:19-cv-06064-ILG-LB
                                                         Rogers v. Casper's Ice Cream Inc.

Dear Senior District Judge Glasser:

      This office represents the plaintiff. In accordance with your Honor's Individual Rules, plaintiff and defendant request an extension of the date by which defendant is required to answer or respond to the complaint.

      The original date by which defendant is required to answer or respond is Tuesday, May 19, 2020. There has been one prior request for an extension of time to respond to the complaint, which was granted. The reason for this request is because the parties have agreed to resolve this matter, are circulating necessary paperwork and intend to dismiss this case within 30 days. Defendant consents to this request. This request is made at least 48 hours prior to the compliance date. This request does not affect any other scheduled dates. Thank you.

                                                           Respectfully submitted,

                                                           /s/Spencer Sheehan
                                                           Spencer Sheehan

## Certificate of Service

I certify that on May 15, 2020, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan